IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-447-KS

| | |
|---|---|
| REDOX TECH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| EARTHWORKS SOLUTIONS, LLC, | ) |
| and EDWARD ESCOCHEA, | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on its own motion. On November 22, 2017, Defendants filed a motion to dismiss Plaintiff's claims pursuant to Fed. R. Civ. P. 12(b)(6), as well as an answer and counterclaim. This action having previously been stayed by this court's order entered October 5, 2017, Defendants' motion [DE #63] is DENIED WITHOUT PREJUDICE and its answer and counterclaim [DE #65] are STRICKEN. Defendants may refile their motion, answer and counterclaim, if appropriate, after the stay in this action has been lifted.

On or before **December 6, 2017**, the parties shall file a joint report informing the court of the status of their settlement and the parties' claims.

This 29th day of November 2017.

KIMBERLY A. SWANK
United States Magistrate Judge